## MURPHY v. THE STATE.

(Decided January 13, 1916.)

APPEAL from Shelby County Court.

Heard before Hon. E. S. LYMAN.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Affirmed on certificate.